# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | |
|---|---|
| United States of America,                )<br>                                                       )<br>                        Plaintiff,        )<br>                                                       )<br>        vs.                                         )<br>                                                       )<br>Darnell Anthony Ward,                )<br>                                                       )<br>                        Defendant.   ) | **ORDER FOR DISMISSAL**<br><br><br><br><br>Case No.  1:07-cr-042 |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and the Government's motion filed on August 30, 2007, the Indictment against the defendant, Darnell Anthony Ward, is dismissed.

**IT IS SO ORDERED**.

Dated this 31st day of August.

*/s/ Daniel L. Hovland*
Daniel L. Hovland, Chief Judge
United States District Court